Francis H. N. Whiting et al., Appellants, *v.* The City Bank of Rochester, Respondent.

(Submitted April 21, 1882 ; decided May 2, 1882.)

This case, upon a former appeal, is reported in 77 N. Y. 363. The court there held, that the trial court erred in refusing to sub- mit to the jury the question of mistake on the part of defendant in remitting draft to pay note sent to it by plaintiffs for collec- tion. Upon the second trial the question was submitted to the jury and decided in favor of the defendants, upon evidence which the court here deem sufficient. Aside from this, the opinion simply reiterates the legal propositions laid down upon the former appeal.

*John Van Voorhis* for appellants.

*James Breck Perkins* for respondent.

Miller, J., reads for affirmance.
All concur, except Tracy, J., absent.
Judgment affirmed.

---

Jerome Messinger, as Executor, etc., Respondent, *v.* I. New- ton Messinger et al., Appellants.

(Argued April 25, 1882 ; decided May 2, 1882.)

*Nathaniel C. Moak* for appellants.

*B. F. Chapman* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.